UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-61619-CIV-DIMITROULEAS

IVAN FEDERICO DOMINGUEZ,

    Plaintiff,

vs.

METRO PREVENTIVE PLUMBING
MAINTENANCE INC. and
MICHAEL A CIOFFOLETTI,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney Fees and Costs and the October 25, 2024 Report and Recommendation of Magistrate Judge Patrick M. Hunt [DE 49] (the "Report").  The Court notes that no objections to the Report [DE 49] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 49] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 49] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 49] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff's Motion for Attorney Fees and Costs [DE 45] is hereby **GRANTED in part and DENIED in part as follows:**

    a. Plaintiff should be awarded attorneys' fees in the amount of $22,720, and costs in the amount of $535.00, for a total award of $23,255, which shall bear interest at the rate prescribed by 28 U.S.C. § 1961. Plaintiff should also be awarded reasonable fees and costs associated with the collection of the underlying FLSA judgment and fees should collection action become necessary.

    b. The Motion should be otherwise **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of November 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt